UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

MARIA VICTORIA RODRIGUEZ
DELGADO,

    Petitioner,

  v.                                     Case No.:  6:26-cv-00508-GAP-NWH

LOUIS A. QUINONES, JR,
SECRETARY KRISTI NOEM,
GARRETT J. RIPA,

    Respondents,
_____/

## ORDER

Upon consideration of Respondent's Response to Petitioner Maria Victoria Rodriguez Delgado's ("Petitioner's") Petition for Writ of Habeas Corpus, the Petition is due to be granted. *See* Doc. 5; *see also* Doc. 1.

Respondents concede in their Response that "the Notice to Appear issued to Petitioner is not legally sufficient" and that, therefore, this matter is substantively similar to *Cabral v. Quinones et al*, No. 6:26-cv-425-GAP-LHP, Doc. 20 (M.D. Fla. Mar. 4, 2026). Doc. 5 at 1. Consequently, and for the same reasons explained in *Cabral* (which are further buttressed here by the fact that Petitioner is recovering from a recent surgery and likely has been denied access to vital medication and treatment) this Court finds that Petitioner has been unlawfully detained by Respondents and

is due to be immediately released. No. 6:26-cv-425-GAP-LHP, Doc. 20 at 4-9; *see* Doc. 1, ¶ 18.

Accordingly, it is **ORDERED** that:

1. Petitioner Maria Victoria Rodriguez Delgado's Petition for a writ of habeas corpus and injunctive relief is hereby **GRANTED**.

2. The Hearing scheduled for Thursday, Mar. 12, 2026, at 9:00 AM is hereby **CANCELLED**.

3. Respondents shall **IMMEDIATELY RELEASE or facilitate the release** of the Petitioner from custody and **IMMEDIATELY** notify her counsel where and when she may be picked up.

4. Respondents shall **IMMEDIATELY** return all of Petitioner's documentation and any other personal property.

5. Respondents and all other persons or entities acting in active concert or participation with them are **RESTRAINED AND ENJOINED** from re-arresting or detaining Petitioner **UNTIL FURTHER ORDER OF THE COURT**. The Court will consider lifting this prohibition once ICE serves the Petitioner with a valid and timely Notice to Appear and arrest warrant, the BIA vacates *Hurtado,* and the Court is convinced that a fair and impartial bond hearing can be timely provided.

6. No security bond is required.

7. Petitioner is **DIRECTED** to notify her counsel should her place of residence change while her immigration proceedings are ongoing.

8. **The Clerk is DIRECTED** to enter judgment in favor of Petitioner and against Respondents.

9. The Court retains jurisdiction to enforce this order and to consider the matter of fees and costs.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on March 9, 2026.



GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record

ICE: Attention Assistant Field Office Director by email at OPLAORLFEDLIT@ice.dhs.gov

Office of the United States Attorney by certified mail at 400 West Washington Street, Suite 3100, Orlando, FL 32801 and by email at USAFLM.Orlando2241@usdoj.gov

Orange County Jail/Warden's Office by email at michele.carpentiere@ocfl.net

Orange County Sheriff's Office – Legal Services by email at irmpickupdesk@ocfl.net, so-as-legalservices@ocsofl.com, OCCDRecords@ocfl.net, and Juanita.Beason@ocfl.net,

Kristi Noem, Secretary, by certified mail at Office of the General Counsel, United States Department of Homeland Security, 2707 Martin Luther King, Jr. Ave, SE Washington, DC 20528

Garrett Ripa, Miami Field Office Director, by certified mail at United States Immigration and Customs Enforcement, 865 SW 78th Avenue, Suite 101, Plantation, FL 33324

United States Attorney General by certified mail at U.S. Department of Justice, 950 Pennsylvania Avenue, NW, Washington, DC 20530-0001

United States Marshals by email at usms-mfl-orl@usdoj.gov.